UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DAVIS,<br><br>                 Petitioner,<br><br>          v.<br><br>JOHNSON, Warden,<br><br>                 Respondent. | Case No. CV 19-144-JLS (KK)<br><br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is GRANTED IN PART and DENIED IN PART; and (2) Claim One of the Petition is dismissed without prejudice.

IT IS FURTHER ORDERED **within forty-five (45) days** of the date of this Order, Respondent must file an Answer responding to Claims Two and Three of the Petition. At the time the Answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims, including the briefs specified in Rule 5(d) of the Rules Governing Section 2254 Cases in the United States District

Courts. Petitioner may then file a Reply responding to matters raised in the Answer within thirty (30) days of the date of service of the Answer.


Dated: July 2, 2019

HONORABLE JOSEPHINE L. STATON
United States District Judge