JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DAVIS,<br>　　　　　Petitioner,<br>　　v.<br>JOHNSON, Warden,<br>　　　　　Respondent. | Case No. CV 19-144-JLS (KK)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: May 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HONORABLE JOSEPHINE L. STATON
United States District Judge